UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VITO PRASAD,

                                              Case No. 13-cv-322 (TJM/DEP)

               Plaintiff,

                                              **NOTICE OF MOTION**

CORNELL UNIVERSITY,

               Defendant.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the annexed declaration of Kimberly C. Lau, Esq., dated July 29, 2016, together with a memorandum of law and the exhibits annexed thereto, plaintiff will move this Court at a motion term to be held at the United States Courthouse, 445 Broadway, Albany, New York, on September 12, 2016, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order:

        (A)    Pursuant to Fed R. Civ. P. 15 (a)(2), granting leave to plaintiff to file and serve a second amended complaint, in accordance with the Court's June 10, 2016 Order; and

        (B)    Awarding plaintiff such other, further, and different relief, including its attorneys' fees and the costs and disbursements of this motion, as this Court deems just and proper.

Dated: New York, New York
            July 29, 2016

                                                WARSHAW BURSTEIN, LLP

                                                By: _____
                                                      Kimberly C. Lau
                                            Attorneys for Plaintiff
                                            555 Fifth Avenue
                                            New York, New York 10017
                                            (212) 984-7700

{943304.1 }

TO:   BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant
One Lincoln Center
Syracuse, NY 13202
315-218-8000

OFFICE OF UNIVERSITY COUNSEL
Attorneys for Defendant
Cornell University
300 CCC Building
Garden Avenue
Ithaca, NY 14853
607-255-2796

{943304.1}