UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

VITO PRASAD,                                        :
                                                    :        Case No. 13-cv-322 (TJM/DEP)
                                                    :
                              Plaintiff,            :
                    v.                              :        **DECLARATION**
                                                    :
CORNELL UNIVERSITY,                                 :
                                                    :
                              Defendant.            :
-----------------------------------------------------------------------X

       **KIMBERLY C. LAU, ESQ.** hereby declares subject to the penalties of perjury pursuant to

28 U.S. C. § 1746:

      1.     I am admitted to practice in the courts of the State of New York and am a member of

the Bar of this Court.  I am a member of Warshaw Burstein, LLP, attorneys for plaintiff herein.

      2.     I submit this declaration in support of Plaintiff's Motion for Leave to File and Serve a

Second Amended Complaint.

      3.     Plaintiff submits this motion in accordance with this Court's Order dated June 10,

2016, which allowed plaintiff until July 29, 2016 to move for leave to file and serve a second

amended complaint.

      4.     Plaintiff's arguments are contained in the Memorandum of Law , submitted herewith,

and the proposed amended complaint is annexed as Exhibit 1 hereto.

      For the reasons set forth in the Memorandum of Law, it is respectfuilly requested that

plaintiff be granted leave to file and serve a second amended complaint, together with such other and

{943311.1 }

further relief as this Court may deem just and appropriate

Dated:  New York, New York
          July 29, 2016

_____
KIMBERLY C. LAU